**Reason F. WAREHIME,**
**Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 03–7111.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Nov. 25, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).